183 So.2d 650

**U–FINISH HOMES, INC.**

v.

**Ralph C. MICHEL et ux.**

No. 48060.

Feb. 23, 1966.

In re: Ralph C. Michel and Gladys F. Michel applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of St. Tammany. 183 So.2d 101.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

183 So.2d 650

**Bertha Mae HOLLEY**

v.

**TRADERS & GENERAL INSURANCE COMPANY et al.**

No. 48038.

March 11, 1966.

In re: Bertha Mae Holley applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Winn. 181 So.2d 59.

Writ refused. On the facts found by the Court of Appeal, the result is correct.